IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD PACHECO

    Plaintiff,

v.                                                No.: 1:23-cv-000525-MV-DLM

KIRBY MANFREDI,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulation of Dismissal with Prejudice [16], which the Court construes as an unopposed motion for an order of dismissal. The Court finds that the parties' request for an order of dismissal is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint as against Defendant, and all claims or potential claims that have been brought or could have been brought between the parties, are dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney fees.

_____
**MARTHA VÁZQUEZ**
**SENIOR UNITED STATES DISTRICT JUDGE**